# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                CASE NO.  3:96cr85/RV

JAMAL GEW a/k/a JAMES JOSEPH

**REFERRAL AND ORDER**

Referred to Judge Vinson on  01/19/2006
Type of Motion/Pleading MOTION FOR NEW TRIAL
Filed by: Defendant       on 1/6/06     Doc. No. 238
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
Government         on 1/18/06    Doc. No. 239
                   on            Doc. No.

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Jerry Marbut
Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 24th day of January, 2006, that:

(a) The requested relief is DENIED as a motion for new trial and as a Section 2255 motion.

(b) _____

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.