**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                  **3:96cr85/RV**

**JAMAL GEW**

___

## ORDER

The defendant has filed a notice of appeal and request for certificate of appealability (doc. 244 & 245) of this court's denial of his motion for a new trial (doc. 240) and motion for reconsideration thereof (doc. 242). In the court's order denying the motion for a new trial, it denied the motion as such and as a § 2255 motion. Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, his request for a certificate of appealability is DENIED.

Defendant has not filed a motion for leave to proceed *in forma pauperis* (doc. 271). In any event the court finds that the appeal is not taken in good faith, and he is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3). Defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 21st day of August, 2007.

                                                   /s/ *Roger Vinson*
                                                   **ROGER VINSON
                                                   SENIOR UNITED STATES DISTRICT JUDGE**